# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAMLET GARCIA, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY JUSTICE CENTER, et al. | : | NO. 17-3381 |

## ORDER

AND NOW, this 18th day of September, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 5) and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum.

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this order in the event he can state a plausible basis for a timely claim against an appropriate defendant or defendants. If plaintiff chooses to file an amended complaint, he shall not raise any claims under treaties, declarations, the UCC, or claims predicated on legally baseless theories related to his alleged Moorish heritage. Any amended complaint shall identify all defendants in the caption, and clearly state the basis for plaintiff's claims by providing the dates on which the events in question occurred, stating where they occurred, and describing who was involved and what happened. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED. If plaintiff fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
**GERALD A. MCHUGH, J.**