IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| HAMLET GARCIA, JR. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS, et al. | : | NO. 17-3381 |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of October, 2017, upon consideration of plaintiff's second amended complaint (ECF No. 10), it is ORDERED that:

1. The second amended complaint is DISMISSED as frivolous for the reasons stated in the Court's Memorandum.

2. Plaintiff is given leave to file a third amended complaint within thirty (30) days of the date of this order in the event he can state a plausible basis for a claim against an appropriate and specifically identified defendant or defendants arising out of his incarceration at the Bucks County Jail in December of 2016. If plaintiff chooses to file a third amended complaint, he shall not raise any claims under treaties, declarations, the UCC, or claims predicated on legally baseless theories related to his alleged Moorish heritage or secured party sovereign citizen status. Plaintiff also shall not raise any claims based on his prosecution or conviction. Any third amended complaint shall identify all defendants in the caption, and clearly state the factual basis for plaintiff's claims against each defendant by providing the dates on which the events in question occurred, stating where they occurred, and describing who was involved and what happened. Any third amended complaint shall not rely on or cite to prior pleadings filed in this

case to state a claim. Upon the filing of a third amended complaint, the Clerk of Court shall not make service until so ORDERED.

3. If plaintiff fails to file a third amended complaint, this case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

_____
**GERALD A. MCHUGH, J.**