**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HAMLET GARCIA, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 17-3381** |
| | : | |
| **COUNTY OF BUCKS, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

This 25th day of July, 2018, upon consideration of Defendants' Motions to Dismiss, and

Plaintiff's "Notice" (ECF No. 27), which the Court construes as his response, it is hereby

**ORDERED** that the Motions by Defendant CFG (ECF No. 19), the individual defendants (ECF

No. 21), and the City of Philadelphia (ECF No. 29) are **GRANTED** in their entirety and all

claims against those defendants are **DISMISSED**.

It is **FURTHER ORDERED** that the Motion by Defendant Bucks County (ECF No. 20)

is **GRANTED** in part and **DENIED** in part. It is **DENIED** only as to Plaintiff's *Monell* claims

based on overcrowding and its alleged bunking policy, embodied in Plaintiff's "Twenty-Four"

claim, and **GRANTED** on all other grounds. All other claims against Bucks are **DISMISSED**.

The accompanying memorandum sets forth at pages 6–7 and 9–10 whether the dismissals

of Plaintiff's twenty-six other claims are with or without prejudice.


_____/s/ Gerald Austin McHugh
United States District Judge