# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAMLET GARCIA, JR., | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 17-3381 |
| | : | |
| BUCKS COUNTY JUSTICE CENTER, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This 26th day of March, 2019, for the reasons stated in the accompanying memorandum, Defendants' Motion for Summary Judgment is **GRANTED**. Plaintiff's complaint is **DISMISSED** with prejudice.

                                                           /s/ Gerald Austin McHugh
                                                      United States District Judge